1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GORDON LEWIS,

11            Plaintiff,              CIV S-08-269 LKK KJM PS

12      v.

13   UMPQUA BANK, et al.,

14            Defendants.            FINDINGS & RECOMMENDATIONS

15   _____/

16            This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21).

17   As provided by Federal Rule of Civil Procedure 4(m), the court may dismiss an action where

18   service of summons is not made within 120 days after the filing of the complaint.  In the order

19   setting status conference, filed February 5, 2008, plaintiff was cautioned that this action may be

20   dismissed if service was not timely completed.  This action was filed February 5, 2008 and

21   plaintiff has not yet served defendants with summons.

22            A status conference was held before the undersigned on June 25, 2008.  Plaintiff

23   failed to appear.  It appears plaintiff has abandoned this litigation.

24            Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

25            These findings and recommendations are submitted to the United States District

26   Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days

after being served with these findings and recommendations, any party may file written

objections with the court and serve a copy on all parties.  Such a document should be captioned

"Objections to Findings and Recommendations."  Any reply to the objections shall be served and

filed within ten days after service of the objections.  The parties are advised that failure to file

objections within the specified time may waive the right to appeal the District Court's order.

Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED:  June 30, 2008.

_____
U.S. MAGISTRATE JUDGE

006
lewis.4m.57

2